

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00838-CV

John Paul **GOMEZ**,
Appellant

v.

Vanessa Lopez **GOMEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-06296
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs are assessed against the party that incurred them.

SIGNED November 13, 2013.

Sandee Bryan Marion, Justice